Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15547−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn L Brooks
   249 Hillcrest Ave.
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−4644

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        9/21/22
Time:       10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 2, 2022
JAN: gan

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Carolyn L Brooks  
    Debtor

Case No. 22-15547-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 02, 2022      Form ID: 132      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn L Brooks, 249 Hillcrest Ave., Trenton, NJ 08618-3409 |
| 519657391 | + | American Web Loan, 2128 N 14th St STE 1, Ponca City OK 74601-1831 |
| 519657392 | + | Ayla Brooks, 249 Hillcrest Ave, Trenton NJ 08618-3409 |
| 519657397 | + | Helix, 11225 College Blvd Suite 150, Overland Park KS 66210-2771 |
| 519657399 | + | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519657401 | + | Leon Brooks, 249 Hillcrest Ave, Trenton NJ 08618-3409 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519657393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 20:44:00 | BEST BUY CBNA, PO BOX 6497, Sioux Falls SD 57117-6497 |
| 519657395 | + | Email/Text: bankruptcy@cunj.org | Aug 02 2022 20:35:00 | CREDIT UNION OF N J, PO BOX 7921, Trenton NJ 08628-0921 |
| 519657394 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 20:44:22 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519657396 | + | Email/Text: mrdiscen@discover.com | Aug 02 2022 20:35:00 | Discover Bank, PO BOX 30939, Salt Lake City UT 84130-0939 |
| 519662092 | | Email/Text: mrdiscen@discover.com | Aug 02 2022 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657398 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2022 20:35:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519657400 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2022 20:44:05 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 519671814 | + | Email/PDF: cbp@onemainfinancial.com | Aug 02 2022 20:44:28 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 519657402 | + | Email/PDF: cbp@onemainfinancial.com | Aug 02 2022 20:44:21 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519657403 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 02 2022 20:36:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 519657404 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 20:44:08 | SyncBAmazon, PO Box 960013, Orlando FL 32896-0013 |
| 519657405 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2022 20:43:55 | SyncBCare Credit, PO Box 965036, Orlando FL 32896-5036 |
| 519657406 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | Aug 02 2022 20:44:11 | SyncBPPC, PO Box 530975, Orlando FL 32896-0001 |
|---|---|---|---|---|
| 519657407 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 02 2022 20:44:24 | SyncBPPMC, PO BOX 965005, Orlando FL 32896-5005 |
| 519658661 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Aug 02 2022 20:44:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519657408 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Aug 02 2022 20:44:17 | Wells Fargo, PO Box 51193, Los Angeles CA 90051-5493 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Carolyn L Brooks mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4