**Fill in this information to identify your case and this filing:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Carolyn** | **L** | **Brooks** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **District of New Jersey**

Case number  **22-15547**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1  **249 Hillcrest Ave.**
   Street address, if available, or other description

   **Trenton, NJ 08618**
   City        State    ZIP Code

   **Mercer**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**  $142,500.00
   **Current value of the portion you own?**  $142,500.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Residence**

   ☐ **Check if this is community property**
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.**  →  **$142,500.00**

Debtor 1    **Carolyn    L    Brooks**    Case number *(if known)* **22-15547**
       First Name    Middle Name    Last Name

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   3.1 Make: **GMC**
   Model: **Terrain**
   Year: **2013**
   Approximate mileage: **91,000**
   Other information:

   Who has an interest in the property? Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?    Current value of the portion you own?
   **$6,000.00**    **$6,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** → **$6,000.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe........    **$3,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe........    **$1,500.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe........    Baseball coin collection $500 Baseball Card Collection $1,000    **$1,500.00**

Debtor 1  **Carolyn          L           Brooks**                                   Case number *(if known)* **22-15547**
          First Name    Middle Name    Last Name

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☑ Yes. Describe........    Bicycle                                         **$900.00**

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........                                                   **$300.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........                                                   **$800.00**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........    1 dog                                          **unknown**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................... →    **$8,000.00**

| Part 4: | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes................................................................................................................ Cash.............

| Debtor 1 | **Carolyn** | **L** | **Brooks** | Case number *(if known)* **22-15547** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................

    Institution name:

    | 17.1. Savings account: | **Wells Fargo** | **$0.00** |
    |---|---|---|
    | 17.2. Checking account: | **Wells Fargo** | **$600.00** |
    | 17.3. Checking account: | **Credit Union of New Jersey** | **$500.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them...................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them...................

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.

    Type of account:        Institution name:

    Pension plan:    **Pension is not part of the estate**                **unknown**

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes.....................

| Debtor 1 | **Carolyn** | **L** | **Brooks** | Case number *(if known)* **22-15547** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

　☑ No
　☐ Yes. Give specific
　　information about them....

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

　*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

　☑ No
　☐ Yes. Give specific
　　information about them....

27. **Licenses, franchises, and other general intangibles**

　*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
　　　　　　professional licenses

　☑ No
　☐ Yes. Give specific
　　information about them....

**Money or property owed to you?**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Current value of the portion you own?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

　☑ No
　☐ Yes.  Give specific information about
　　　　them, including whether you
　　　　already filed the returns and
　　　　the tax years.......................

29. **Family support**

　*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

　☑ No
　☐ Yes.  Give specific information..........

30. **Other amounts someone owes you**

　*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
　　　　　　Social Security benefits; unpaid loans you made to someone else

　☑ No
　☐ Yes.  Give specific information..........

31. **Interests in insurance policies**

　*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

　☑ No
　☐ Yes.  Name the insurance company
　　　　of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

　If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
　property because someone has died.

　☑ No
　☐ Yes.  Give specific information..........

Debtor 1   **Carolyn        L           Brooks**                           Case number *(if known)* **22-15547**
             First Name   Middle Name   Last Name

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim................    Worker's comp case, Sam Gaylord Esq. is the attorney            **unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim................

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information..........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................→    **$1,100.00**

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe........

41. **Inventory**

    ☑ No
    ☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe........

Debtor 1    **Carolyn**         L         **Brooks**                              Case number *(if known)* **22-15547**
            First Name    Middle Name    Last Name

---

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

44. **Any business-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................................................➔    $0.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No
    ☐ Yes.........................

48. **Crops—either growing or harvested**

    ☑ No
    ☐ Yes. Give specific information.............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No
    ☐ Yes.........................

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No
    ☐ Yes.........................

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No
    ☐ Yes. Give specific information.............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................................................➔    $0.00

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

---

| Debtor 1 | **Carolyn** | **L** | **Brooks** | Case number *(if known)* **22-15547** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.............

54. **Add the dollar value of all of your entries from Part 7. Write that number here**......................................➔     **$0.00**

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**................................................................................................................➔     **$142,500.00**

56. **Part 2: Total vehicles, line 5**                    **$6,000.00**

57. **Part 3: Total personal and household items, line 15**     **$8,000.00**

58. **Part 4: Total financial assets, line 36**           **$1,100.00**

59. **Part 5: Total business-related property, line 45**     **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**     **$0.00**

61. **Part 7: Total other property not listed, line 54**     **+ $0.00**

62. **Total personal property.** Add lines 56 through 61..............     **$15,100.00**     Copy personal property total ➔    **+ $15,100.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62................................................................     **$157,600.00**

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **8**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carolyn** | **L** | **Brooks** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of New Jersey** | |
| Case number (if known) | **22-15547** | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 249 Hillcrest Ave. Trenton, NJ 08618<br>Line from Schedule A/B: 1.1 | $142,500.00 | ☑ $19,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: Household goods<br>Line from Schedule A/B: 6 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page 1 of 3

| Debtor 1 | **Carolyn** | **L** | **Brooks** | | Case number *(if known)* 22-15547 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Baseball coin collection $500 Baseball Card Collection $1,000<br>Line from Schedule A/B: 8 | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Bicycle<br>Line from Schedule A/B: 9 | $900.00 | ☑ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Jewelry<br>Line from Schedule A/B: 12 | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: Wells Fargo Checking account<br>Line from Schedule A/B: 17 | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Wells Fargo Savings account<br>Line from Schedule A/B: 17 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Credit Union of New Jersey Checking account<br>Line from Schedule A/B: 17 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 3

Debtor 1  **Carolyn**     **L**     **Brooks**                    Case number *(if known)* 22-15547
         First Name     Middle Name     Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Worker's comp case, Sam Gaylord Esq. is the attorney<br><br>Line from *Schedule A/B*: 33 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| | | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(D) |
| | | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(11)(E) |
| | | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10) |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Carolyn       L       Brooks** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | **District of New Jersey** | |
| Case number (if known) | **22-15547** | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   　　☐ No
   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**    ☐ No
   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent..............
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Child | 27 | ☐ No. ☑ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $1,196.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $175.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **Carolyn** | **L** | **Brooks** | Case number *(if known)* 22-15547 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. $0.00

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $295.00
   - 6b. Water, sewer, garbage collection — 6b. $65.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $106.00
   - 6d. Other. Specify: Cell Phone (net of daughter's $100 a month) — 6d. $125.00

7. **Food and housekeeping supplies** — 7. $595.00

8. **Childcare and children's education costs** — 8. $0.00

9. **Clothing, laundry, and dry cleaning** — 9. $120.00

10. **Personal care products and services** — 10. $80.00

11. **Medical and dental expenses** — 11. $80.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $325.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $195.00

14. **Charitable contributions and religious donations** — 14. $0.00

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $0.00
    - 15b. Health insurance — 15b. $0.00
    - 15c. Vehicle insurance — 15c. $117.00
    - 15d. Other insurance. Specify: — 15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: — 16. $0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $275.00
    - 17b. Car payments for Vehicle 2 — 17b. $0.00
    - 17c. Other. Specify: — 17c. $0.00
    - 17d. Other. Specify: — 17d. $0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: Misc household expenses — 19. $170.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    - 20a. Mortgages on other property — 20a. $0.00
    - 20b. Real estate taxes — 20b. $0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $0.00
    - 20e. Homeowner's association or condominium dues — 20e. $0.00

| Debtor 1 | **Carolyn** | **L** | **Brooks** | | Case number *(if known)* 22-15547 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: _____        21.    **+**          $0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                 22a.            $3,919.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.            $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c.            $3,919.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.            $4,327.00

    23b. Copy your monthly expenses from line 22c above.          23b.    **−**      $3,919.00

    23c. Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.              23c.            $408.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.       None
    ☐ Yes.