| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br><br>Caption in Compliance with D.N.J. LBR 9004-2(c) <br>McKENNA, DuPONT, STONE & WASHBURNE <br>Michael R. DuPont, Esquire (MRD/2077) <br>PO Box 610 <br>229 Broad Street <br>Red Bank, NJ 07701-0610 <br>732.741.6681 <br>Counsel for Credit Union of New Jersey | |
| In Re: <br><br>Carolyn Brooks | Case No. 22-15547 <br><br>Chapter: 13 <br><br>Judge: CMG |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Credit Union of New Jersey. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

    McKENNA, DuPONT, STONE & WASHBURNE
    Attention: Michael R. DuPont, Esquire
    PO Box 610
    229 Broad Street
    Red Bank, NJ 07701-0610
    Email: dupont@redbanklaw.com

DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☐ All documents and pleadings of any nature.

                                         McKENNA, DuPONT, STONE & WASHBURN, PC
                                         Counsel to Credit Union of New Jersey

                                         ***/s/ Michael R. DuPont, Esquire***
                                         MICHAEL R. DuPONT, Esq.

Dated: October 10, 2022