UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

CAROLYN L. BROOKS

Debtor

Case No.: 22-15547 CMG

Chapter: 13

Judge: Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☑ Settled ☐ Withdrawn

Matter: The minutes of 12/6/22 confirmation are amended to correct the last tier begin date as follows: $1,264.00 ptd (5); $320 x 20 beg 1/1/23; $500 x 23 beg 9/1/24

Date: 12/13/22

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*