Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15547−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn L Brooks
   249 Hillcrest Ave.
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−4644

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 14, 2022.

Dated: December 14, 2022
JAN: bwj

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-15547-CMG

Carolyn L Brooks     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Dec 14, 2022     Form ID: plncf13     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn L Brooks, 249 Hillcrest Ave., Trenton, NJ 08618-3409 |
| 519657391 | + | American Web Loan, 2128 N 14th St STE 1, Ponca City OK 74601-1831 |
| 519657392 | + | Ayla Brooks, 249 Hillcrest Ave, Trenton NJ 08618-3409 |
| 519657397 | + | Helix, 11225 College Blvd Suite 150, Overland Park KS 66210-2771 |
| 519657401 | + | Leon Brooks, 249 Hillcrest Ave, Trenton NJ 08618-3409 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2022 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2022 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcy@cunj.org | Dec 14 2022 20:53:00 | Credit Union of NJ, 1301 Parkway Avenue, PO Box 7921, Ewing, NJ 08628 |
| 519657393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 20:58:02 | BEST BUY CBNA, PO BOX 6497, Sioux Falls SD 57117-6497 |
| 519657395 | + | Email/Text: bankruptcy@cunj.org | Dec 14 2022 20:53:00 | CREDIT UNION OF N J, PO BOX 7921, Trenton NJ 08628-0921 |
| 519672974 | | Email/Text: bankruptcy@cunj.org | Dec 14 2022 20:53:00 | Credit Union of New Jersey, Attn: Risk Mitigation Department, P.O. Box 7921, Ewing, N.J. 08628 |
| 519657394 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 20:58:17 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519701371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 20:58:11 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519657396 | + | Email/Text: mrdiscen@discover.com | Dec 14 2022 20:52:00 | Discover Bank, PO BOX 30939, Salt Lake City UT 84130-0939 |
| 519662092 | | Email/Text: mrdiscen@discover.com | Dec 14 2022 20:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657398 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2022 20:52:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519657400 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 20:58:08 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 519657399 | + | Email/Text: mail@jenkinsclayman.com | Dec 14 2022 20:52:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519681880 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 20:58:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519671814 | + | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 20:58:16 | OneMain Financial Group, LLC, PO Box 3251, |

| | | | | |
|---|---|---|---|---|
| | | | | Evansville, IN 47731-3251 |
| 519657402 | + | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 20:58:08 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519657403 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 14 2022 20:53:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 519675281 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 14 2022 20:53:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519657404 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 20:57:59 | SyncBAmazon, PO Box 960013, Orlando FL 32896-0013 |
| 519657405 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 20:58:08 | SyncBCare Credit, PO Box 965036, Orlando FL 32896-5036 |
| 519657406 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 20:57:58 | SyncBPPC, PO Box 530975, Orlando FL 32896-0001 |
| 519657407 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 20:57:59 | SyncBPPMC, PO BOX 965005, Orlando FL 32896-5005 |
| 519658661 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 20:57:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519706025 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2022 20:58:12 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519657408 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 14 2022 20:58:00 | Wells Fargo, PO Box 51193, Los Angeles CA 90051-5493 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: plncf13 | Total Noticed: 30 |

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey E. Jenkins

on behalf of Debtor Carolyn L Brooks mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Michael R. DuPont

on behalf of Creditor Credit Union of NJ dupont@redbanklaw.com lori@redbanklaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6