| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-15547 / CMG**

Carolyn L Brooks

Petition Filed Date: 07/12/2022
341 Hearing Date: 08/11/2022
Confirmation Date: 12/07/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $316.00 | 86710660 | 09/16/2022 | $316.00 | 87118700 | 10/28/2022 | $316.00 | 87916810 |
| 11/28/2022 | $316.00 | 88434600 | 12/27/2022 | $316.00 | 88972400 | 01/20/2023 | $320.00 | 89495290 |
| 02/17/2023 | $320.00 | 90033170 | | | | | | |

**Total Receipts for the Period:  $2,220.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,220.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Carolyn L Brooks | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,065.00 | $1,755.63 | $2,309.37 |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,900.68 | $0.00 | $2,900.68 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,701.83 | $0.00 | $6,701.83 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $447.04 | $0.00 | $447.04 |
| 5 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $8,713.67 | $0.00 | $8,713.67 |
| 6 | Credit Union of New Jersey | Unsecured Creditors | $1,085.62 | $0.00 | $1,085.62 |
| 7 | Credit Union of New Jersey | Unsecured Creditors | $9,052.20 | $0.00 | $9,052.20 |
| 8 | Credit Union of New Jersey<br>»» 2013 GMC TERRAIN | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/249 HILLCREST/1ST MTG/ORDER 9/16/22 | Mortgage Arrears | $2,693.36 | $0.00 | $2,693.36 |
| 10 | LVNV FUNDING LLC<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $3,822.92 | $0.00 | $3,822.92 |
| 11 | LVNV FUNDING LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $4,174.37 | $0.00 | $4,174.37 |
| 12 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $984.85 | $0.00 | $984.85 |
| 13 | CITIBANK, N.A.<br>»» MY BEST BUY CC | Unsecured Creditors | $679.16 | $0.00 | $679.16 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $127.72 | $0.00 | $127.72 |

**Chapter 13 Case No. 22-15547 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,220.00 | Plan Balance: | $16,944.00 ** |
| Paid to Claims: | $1,755.63 | Current Monthly Payment: | $320.00 |
| Paid to Trustee: | $167.41 | Arrearages: | $4.00 |
| Funds on Hand: | $296.96 | Total Plan Base: | $19,164.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.