UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Carolyn L. Brooks,

Debtor.

Case No.:      22-15547-CMG

Chapter:             13

Hearing Date:       7/5/2023

Judge:             Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 249 Hillcrest Avenue (Docket # 36)

_____

Date: 6/30/2023                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*