| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-15547 / CMG**

Carolyn L Brooks

Petition Filed Date: 07/12/2022
341 Hearing Date: 08/11/2022
Confirmation Date: 12/07/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2023 | $320.00 | 89495290 | 02/17/2023 | $320.00 | 90033170 | 03/31/2023 | $320.00 | 90801430 |
| 04/26/2023 | $320.00 | 91301070 | 05/15/2023 | $320.00 | 91658180 | 06/23/2023 | $320.00 | 92357620 |
| 07/10/2023 | $320.00 | 92672420 | 09/01/2023 | $320.00 | 93538090 | 09/29/2023 | $320.00 | 94019300 |
| 10/27/2023 | $320.00 | 94508920 | 11/27/2023 | $320.00 | 94970550 | 12/28/2023 | $320.00 | 95512270 |

**Total Receipts for the Period:  $3,840.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $5,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carolyn L Brooks | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,065.00 | $4,065.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,900.68 | $0.00 | $2,900.68 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,701.83 | $0.00 | $6,701.83 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2021 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $447.04 | $0.00 | $447.04 |
| 5 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $8,713.67 | $0.00 | $8,713.67 |
| 6 | Credit Union of New Jersey | Unsecured Creditors | $1,085.62 | $0.00 | $1,085.62 |
| 7 | Credit Union of New Jersey | Unsecured Creditors | $9,052.20 | $0.00 | $9,052.20 |
| 8 | Credit Union of New Jersey<br>»»  2013 GMC TERRAIN | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/249 HILLCREST/1ST MTG/ORDER 9/16/22/S\<br>12/29/23 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $2,693.36 | $0.00 | $2,693.36 |
| 10 | LVNV FUNDING LLC<br>»»  SYNCHRONY/PAYPAL | Unsecured Creditors | $3,822.92 | $0.00 | $3,822.92 |
| 11 | LVNV FUNDING LLC<br>»»  SYNCHRONY/CARECREDIT | Unsecured Creditors | $4,174.37 | $0.00 | $4,174.37 |
| 12 | LVNV FUNDING LLC<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $984.85 | $0.00 | $984.85 |
| 13 | CITIBANK, N.A.<br>»»  MY BEST BUY CC | Unsecured Creditors | $679.16 | $0.00 | $679.16 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $127.72 | $0.00 | $127.72 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  249 HILLCREST AVE/ATTY FEES 7/21/23/AMD<br>8/29/23/SV 12/29/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,420.00 | Plan Balance: | $14,342.00 ** |
| Paid to Claims: | $4,603.00 | Current Monthly Payment: | $320.00 |
| Paid to Trustee: | $408.37 | Arrearages: | $4.00 |
| Funds on Hand: | $408.63 | Total Plan Base: | $19,762.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.