| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

**JENKINS LAW GROUP**
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on July 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Carolyn L. Brooks,
        Debtor

Case No.:    22-15547

Adv. No.:

Hearing Date:    July 3, 2024 at 9:00 AM

Judge:    CMG

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER TO REIMPOSE AUTOMATIC STAY AS TO ROCKET MORTGAGE, LLC

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: July 3, 2024**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

1

This matter having been presented to the Court by Jenkins Law Group and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby reimposed as to Debtor's Landlord and Creditor, Rocket Mortgage, LLC.