| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |
|---|

Order Filed on July 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>    Carolyn L. Brooks,<br>        Debtor | Case No.:    22-15547<br><br>Adv. No.:<br><br>Hearing Date:    7/3/24 at 9:00 AM<br><br>Judge:    CMG |
|---|---|

Recommended Local Form:  ☒ Followed    ☐ Modified

**ORDER ON MOTION TO APPROVE NJ ERMA ASSISTANCE NUNC PRO TUNC**

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: July 7, 2024**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by Jenkins Law Group and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that the debtor is allowed to be a recipient of an NJ ERMA award in the total amount of $6,936.49. The documents that the Debtor has attached to her certification explain in more detail the exact contents of this award.

**IT IS FURTHER ORDERED** that there shall be a modified plan filed within fourteen (14) days of the entry of this order. The mortgage company shall file an amended proof of claim within thirty (30) days of the date of this order (if they have filed a claim).