**Order Filed on July 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS LAW GROUP**

Jeffrey E. Jenkins, Esquire

412 White Horse Pike

Audubon, NJ 08106

(856) 546-9696

Attorneys for the Debtor

In Re:

   Carolyn L. Brooks,
     Debtor

Case No.:  22-15547

Adv. No.:

Hearing Date: 7/3/24 at 9:00 AM

 Judge:    CMG

| Recommended Local Form: ☒ Followed ☐ Modified |
|---|

**ORDER ON MOTION TO APPROVE NJ ERMA ASSISTANCE NUNC PRO TUNC**

  The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: July 7, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by Jenkins Law Group and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED**   that the debtor is allowed to be a recipient of an NJ ERMA award in the total amount of $6,936.49. The documents that the Debtor has attached to her certification explain in more detail the exact contents of this award.

**IT IS FURTHER ORDERED** that there shall be a modified plan filed within fourteen (14) days of the entry of this order. The mortgage company shall file an amended proof of claim within thirty (30) days of the date of this order (if they have filed a claim).

United States Bankruptcy Court

District of New Jersey

In re:                                                                                Case No. 22-15547-CMG

Carolyn L Brooks                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Jul 08, 2024                   Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carolyn L Brooks, 249 Hillcrest Ave., Trenton, NJ 08618-3409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Carolyn L Brooks mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Trustee Albert Russo mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Michael R. DuPont | on behalf of Creditor Credit Union of NJ dupont@redbanklaw.com  lori@redbanklaw.com |

District/off: 0312-3                              User: admin                                    Page 2 of 2
Date Rcvd: Jul 08, 2024                          Form ID: pdf903                          Total Noticed: 1

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7