| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-15547 / CMG**

Carolyn L Brooks

Petition Filed Date: 07/12/2022
341 Hearing Date: 08/11/2022
Confirmation Date: 12/07/2022

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2024 | $320.00 | 96094660 | 03/01/2024 | $320.00 | 96585050 | 04/12/2024 | $320.00 | 97062400 |
| 04/29/2024 | $320.00 | 97547030 | 05/24/2024 | $320.00 | 97993230 | 06/21/2024 | $320.00 | 98429610 |
| 07/19/2024 | $320.00 | 98898140 | 08/30/2024 | $320.00 | 99519770 | 09/27/2024 | $500.00 | 99977760 |
| 11/01/2024 | $500.00 | 10049360 | 11/27/2024 | $320.00 | 10092040 | | | |

Total Receipts for the Period: $3,880.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,620.00

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Carolyn L Brooks | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $4,065.00 | $4,065.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,900.68 | $0.00 | $2,900.68 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,701.83 | $0.00 | $6,701.83 |
| 3 | INTERNAL REVENUE SERVICE <br> »» 2021 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $447.04 | $0.00 | $447.04 |
| 5 | JEFFERSON CAPITAL SYSTEMS, LLC <br> »» ONEMAIN | Unsecured Creditors | $8,713.67 | $1,363.55 | $7,350.12 |
| 6 | Credit Union of New Jersey | Unsecured Creditors | $1,085.62 | $0.00 | $1,085.62 |
| 7 | Credit Union of New Jersey | Unsecured Creditors | $9,052.20 | $0.00 | $9,052.20 |
| 8 | Credit Union of New Jersey <br> »» 2013 GMC TERRAIN | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC <br> »» P/249 HILLCREST/1ST MTG | Mortgage Arrears <br> Hold Funds: Reserve | $2,693.36 | $0.00 | $2,693.36 |
| 10 | LVNV FUNDING LLC <br> »» SYNCHRONY/PAYPAL | Unsecured Creditors | $3,822.92 | $0.00 | $3,822.92 |
| 11 | LVNV FUNDING LLC <br> »» SYNCHRONY/CARECREDIT | Unsecured Creditors | $4,174.37 | $0.00 | $4,174.37 |
| 12 | LVNV FUNDING LLC <br> »» SYNCHRONY/AMAZON | Unsecured Creditors | $984.85 | $0.00 | $984.85 |
| 13 | CITIBANK, N.A. <br> »» MY BEST BUY CC | Unsecured Creditors | $679.16 | $0.00 | $679.16 |
| 14 | Verizon by American InfoSource as Agent | Unsecured Creditors | $127.72 | $0.00 | $127.72 |

**Chapter 13 Case No. 22-15547 / CMG**

| 15 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
|----|------------------------------------------|------------------|---------|---------|-------|
|    | »» 249 HILLCREST AVE/ATTY FEES 7/21/23/AMD 8/29/23/SV 12/29/23 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,620.00 | Plan Balance: | $10,142.00  ** |
| Paid to Claims: | $5,966.55 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $667.29 | Arrearages: | $544.00 |
| Funds on Hand: | $2,986.16 | Total Plan Base: | $19,762.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*!  **Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**