Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−15547−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn L Brooks
   249 Hillcrest Ave.
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−4644

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 14, 2022.

On March 10, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           April 9, 2025
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 10, 2025
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15547-CMG |
| Carolyn L Brooks | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 10, 2025 | Form ID: 185 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn L Brooks, 249 Hillcrest Ave., Trenton, NJ 08618-3409 |
| 519657391 | + | American Web Loan, 2128 N 14th St STE 1, Ponca City OK 74601-1831 |
| 519657392 | + | Ayla Brooks, 249 Hillcrest Ave, Trenton NJ 08618-3409 |
| 519657397 | + | Helix, 11225 College Blvd Suite 150, Overland Park KS 66210-2771 |
| 519657401 | + | Leon Brooks, 249 Hillcrest Ave, Trenton NJ 08618-3409 |
| 519657403 | + | Rocket Mortgage, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 519675281 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 10 2025 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 10 2025 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcy@cunj.org | Mar 10 2025 21:10:00 | Credit Union of NJ, 1301 Parkway Avenue, PO Box 7921, Ewing, NJ 08628 |
| 519657393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2025 21:31:47 | BEST BUY CBNA, PO BOX 6497, Sioux Falls SD 57117-6497 |
| 519657395 | + | Email/Text: bankruptcy@cunj.org | Mar 10 2025 21:10:00 | CREDIT UNION OF N J, PO BOX 7921, Trenton NJ 08628-0921 |
| 519672974 | | Email/Text: bankruptcy@cunj.org | Mar 10 2025 21:10:00 | Credit Union of New Jersey, Attn: Risk Mitigation Department, P.O. Box 7921, Ewing, N.J. 08628 |
| 519657394 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2025 21:15:18 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519701371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2025 21:32:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519657396 | + | Email/Text: mrdiscen@discover.com | Mar 10 2025 21:08:00 | Discover Bank, PO BOX 30939, Salt Lake City UT 84130-0939 |
| 519662092 | | Email/Text: mrdiscen@discover.com | Mar 10 2025 21:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657398 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2025 21:09:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 520257543 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 10 2025 21:10:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520257544 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 10 2025 21:10:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud MN 56302 |
| 519657400 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2025 21:32:19 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850-5369 |
| 519657399 | + | Email/Text: mail@jenkinsclayman.com | Mar 10 2025 21:09:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519681880 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2025 21:15:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519671814 | + | Email/PDF: cbp@omf.com | Mar 10 2025 21:31:41 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 519657402 | + | Email/PDF: cbp@omf.com | Mar 10 2025 21:16:30 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519657404 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2025 21:32:30 | SyncBAmazon, PO Box 960013, Orlando FL 32896-0013 |
| 519657405 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2025 21:32:28 | SyncBCare Credit, PO Box 965036, Orlando FL 32896-5036 |
| 519657406 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2025 21:15:18 | SyncBPPC, PO Box 530975, Orlando FL 32896-0001 |
| 519657407 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2025 21:16:34 | SyncBPPMC, PO BOX 965005, Orlando FL 32896-5005 |
| 519658661 | ^ | MEBN | Mar 10 2025 20:58:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519706025 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2025 21:14:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519657408 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 11 2025 02:31:39 | Wells Fargo, PO Box 51193, Los Angeles CA 90051-5493 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

| | |
|---|---|
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | |
| | on behalf of Debtor Carolyn L Brooks mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | |
| | on behalf of Trustee Albert Russo mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Michael R. DuPont | |
| | on behalf of Creditor Credit Union of NJ dupont@redbanklaw.com lori@redbanklaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7