Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−15547−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn L Brooks
   249 Hillcrest Ave.
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−4644

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 8, 2025.


Dated: May 8, 2025
JAN: dmi

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                Case No. 22-15547-CMG

Carolyn L Brooks                                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                        User: admin                                       Page 1 of 3
Date Rcvd: May 08, 2025                          Form ID: plncf13                               Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolyn L Brooks, 249 Hillcrest Ave., Trenton, NJ 08618-3409 |
| 519657391 | + | American Web Loan, 2128 N 14th St STE 1, Ponca City OK 74601-1831 |
| 519657392 | + | Ayla Brooks, 249 Hillcrest Ave, Trenton NJ 08618-3409 |
| 519657397 | + | Helix, 11225 College Blvd Suite 150, Overland Park KS 66210-2771 |
| 519657401 | + | Leon Brooks, 249 Hillcrest Ave, Trenton NJ 08618-3409 |
| 519657403 | + | Rocket Mortgage, 1050 Woodward Avenue, Detroit MI 48226-3573 |
| 519675281 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcy@cunj.org | May 08 2025 20:50:00 | Credit Union of NJ, 1301 Parkway Avenue, PO Box 7921, Ewing, NJ 08628 |
| 519657393 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 20:59:08 | BEST BUY CBNA, PO BOX 6497, Sioux Falls SD 57117-6497 |
| 519657395 | + | Email/Text: bankruptcy@cunj.org | May 08 2025 20:50:00 | CREDIT UNION OF N J, PO BOX 7921, Trenton NJ 08628-0921 |
| 519672974 | | Email/Text: bankruptcy@cunj.org | May 08 2025 20:50:00 | Credit Union of New Jersey, Attn: Risk Mitigation Department, P.O. Box 7921, Ewing, N.J. 08628 |
| 519657394 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2025 20:58:36 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519701371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2025 20:58:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519657396 | + | Email/Text: mrdiscen@discover.com | May 08 2025 20:49:00 | Discover Bank, PO BOX 30939, Salt Lake City UT 84130-0939 |
| 519662092 | | Email/Text: mrdiscen@discover.com | May 08 2025 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519657398 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2025 20:49:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 520257543 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2025 20:50:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520257544 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2025 20:50:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St |

Case 22-15547-CMG    Doc 73    Filed 05/10/25    Entered 05/11/25 00:16:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: plncf13 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud MN 56302 |
| 519657400 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 08 2025 20:58:32 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850-5369 |
| 519657399 | + | Email/Text: mail@jenkinsclayman.com | May 08 2025 20:49:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519681880 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2025 20:58:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519671814 | + | Email/PDF: cbp@omf.com | May 08 2025 21:22:28 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 519657402 | + | Email/PDF: cbp@omf.com | May 08 2025 20:58:23 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519657404 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2025 20:59:14 | SyncBAmazon, PO Box 960013, Orlando FL 32896-0013 |
| 519657405 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2025 20:58:59 | SyncBCare Credit, PO Box 965036, Orlando FL 32896-5036 |
| 519657406 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2025 21:09:55 | SyncBPPC, PO Box 530975, Orlando FL 32896-0001 |
| 519657407 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2025 20:58:32 | SyncBPPMC, PO BOX 965005, Orlando FL 32896-5005 |
| 519658661 | ^ | MEBN | May 08 2025 20:49:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519706025 | + | Email/PDF: ebn_ais@aisinfo.com | May 08 2025 20:58:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519657408 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 09 2025 13:01:03 | Wells Fargo, PO Box 51193, Los Angeles CA 90051-5493 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 08, 2025 | Form ID: plncf13 | Total Noticed: 32

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey E. Jenkins
    on behalf of Debtor Carolyn L Brooks mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Jeffrey E. Jenkins
    on behalf of Trustee Albert Russo mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Michael R. DuPont
    on behalf of Creditor Credit Union of NJ dupont@redbanklaw.com  lori@redbanklaw.com

Richard Abel
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8