UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman, Esq.
McCalla Raymer Leibert Pierce, LLC
485F Route 1 South, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ _ECF _ Notices@mccalla.com
Attorneys for Movant

In Re:

 Carolyn L Brooks

| | | |
|---|---|---|
| Case No.: | 22-15547-CMG |
| Chapter: | 13 |
| Hearing Date: | June 3, 2026 |
| Judge: | Christine M. Gravelle |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Motion for Relief from Stay (DE 76) _____

_____

Date: 05/19/2026_____        /s/ Laura Egerman_____
                                                                            Signature

*rev.8/1/15*